IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

Re:   Yarnell's Ice Cream Company, Inc., Debtor          Case No.  4:11-bk-15542M
                                                         Chapter 7

## MOTION TO SELL REAL AND PERSONAL PROPERTY, FREE AND CLEAR OF LIENS, AND TO MAKE PARTIAL DISTRIBUTION OF PROCEEDS

Comes M. Randy Rice, Trustee, and moves for an Order of the Court authorizing the sale of the real property and personal property described herein free and clear of liens, authorizing partial distribution of proceeds to secured creditors, and authorization of payment of certain expenses of sale.  In support of the motion, the trustee alleges and states as follows:

1. At the time of filing its bankruptcy petition, the debtor owned the following real property and personal property located in Searcy, White County, Arkansas:

### REAL PROPERTY

SEE ATTACHED EXHIBIT 1

### PERSONAL PROPERTY

All of the personal property located at the former business site of the debtor (205 South Spring Street, Searcy, Arkansas) which includes, but is not limited to the following: Equipment, machinery, rolling stock, tools, appliances, computers, printers, monitors, telephones, furnishings, supplies, software, trademarks, recipes, intellectual properties, and rights and interests in licenses.

2. The trustee moves to sell the real property and the personal property listed herein upon notice to creditors and interested parties, free and clear of liens, claims and encumbrances with the removed liens, claims and encumbrances being transferred to the proceeds of the sale.  The trustee further proposes to make partial distribution of proceeds received from the sale to the priority

mortgage holders and priority lien claimants.

3. The public auction to sell the following described real property and personal property will be conducted by M. Randy Rice, Trustee, on November 30, 2011 beginning at 10:00 a. m:

## REAL PROPERTY

SEE ATTACHED EXHIBIT 1

## PERSONAL PROPERTY

All of the equipment and machinery located at the former business site of the debtor (205 South Spring Street, Searcy, Arkansas).

4. The trustee proposes his sale in accordance with the terms as set forth immediately below:

   a. The real property and personal property described above will be sold by public sale, on November 30, 2011 at 10:00 a.m. The public auction will be conducted by M. Randy Rice, Trustee. A sum of twenty percent (20%) of the purchase price for the above described real property and personal property shall be due immediately after the conclusion of the auction, with remaining purchase price, plus closing costs being due at closing. Arkansas Development and Finance Authority (hereafter referred to as "ADFA") and Arkansas Economic Development Commission formerly known as Arkansas Department of Economic Development (hereafter referred to as "AEDC") shall be allowed to credit bid on the purchase of the real property and personal property up to the full amount of their secured debt.

   b. The property will be sold free and clear of all liens and encumbrances, if any, under § 11 U. S. C. 363 and the Rules of Bankruptcy Procedure on a strictly "as is, where is" basis with no warranties extended except as to title.

   c. Holders of secured claims should exhibit their claims to the trustee immediately so they may be verified.

5. All proceeds received from the sale shall be immediately deposited into a bank account opened in the name of the estate of the debtor. The distribution of the proceeds received from the sale of the real property and personal property shall be as follows:

    a.    First, all closing cost and all real estate taxes owed or accrued on the above described realty shall be paid from the proceeds received from the sale.

    b.    Second, the proceeds of sale shall be charged with all administrative expenses of the sale. The administrative expenses include, but is not limited to: cost of notice to creditors, trustee commission and expenses, and other closing costs incurred in accordance with § 11 U. S. C. 326 of the United States Bankruptcy Code.

    c.    Third, all remaining proceeds received from the sale of the real property shall be paid to ADFA and AEDC until their secured claims are paid in full. Alternatively, if ADFA and AEDC choose to exercise their rights to credit bid, they shall be allowed to so bid an amount equal to the balance owed by the debtor on the secured debts. Further, if the real property and personal property purchased by ADFA and AEDC by credit bid, said purchase shall be free and clear of all liens, except real estate tax liens asserted by White County Circuit Clerk. Finally, ADFA and AEDC shall be required to pay all of the costs and fees described in paragraphs (a) and (b) immediately above.

    d.    Fourth, the balance of the proceeds received from the sale shall be deposited into the bank account of the estate and shall remain in said account until subsequent Orders of distribution are entered by this Court.

    e.    The trustee reserves the right to accept or reject all bids. The trustee intends to notify the successful bidder whether bids are accepted immediately at the conclusion of the auction.

6.    A public auction will be conducted by Brad Wooley, Auctioneer, on November 30, 2011 beginning at 10:15 a. m. to sell the following described personal property:

> All of the personal property of the debtor that is located at the former business site (205 South Spring Street, Searcy, Arkansas), except for the equipment and machinery described is paragraph number three (3) above that is being sold by the chapter 7 trustee. The property being sold by Brad Wooley includes, but is not limited to: rolling stock, supplies, printers, monitors, telephones, furnishings, trademarks, recipes, software, intellectual properties, rights and interests in licenses.

7.    The trustee proposes his sale in accordance with the terms as set forth immediately below:

3

 a. The property will be sold free and clear of all liens and encumbrances, if any, under § 11 U. S. C. 363 and the Rules of Bankruptcy Procedure on a strictly "as is, where is" basis with no warranties extended except as to title.

 b. Payments for items shall be in cash and shall be due immediately at the conclusion of the auction. A ten percent (10%) buyers' premium shall be added to the purchase price.

 c. Holders of secured claims should exhibit their claims to the trustee immediately so they may be verified.

 d. The trustee reserves the right to accept or reject all bids. The trustee intends to notify the successful bidder whether bids are accepted immediately at the conclusion of the auction.

 e. All proceeds received from the sale shall be immediately deposited into a bank account opened in the name of the estate of the debtor and shall remain in said account until subsequent Orders of distribution are entered by this Court.

8. The Trustee requests the Court to enter an Order approving this Motion and authorizing the trustee to sell the real property and personal property in accordance with the terms and conditions of the sale outlined above.

WHEREFORE, the trustee prays for an Order of this Court authorizing the sale of the real property and the personal property described above, free and clear of liens, and for approval of the remaining proposed actions as set forth herein and for all other proper relief.

DATE  October 5, 2011

    Respectfully Submitted;

    /s/ M. Randy Rice, Trustee
    523 S. Louisiana, #300
    Little Rock, AR 72201

# EXHIBIT 1

### DESCRIPTION OF REAL PROPERTY
### BEING SOLD BY THE CHAPTER 7 TRUSTEE

Tract I

The North 300 feet of Unnumbered Block lying West of Spring Park in the City of Searcy, Arkansas, and being a part of the SW 1/4 of the NE 1/4 of Section Ten (10), Township Seven (7) North, Range Seven (7) West, and being bounded by West Pleasure Street on the North, South Spring Street on the East, West Street (now West Park Street) on the South, and South Spruce Street on the West.

and

Block 11 of the Original Town of Searcy, being bounded by West Pleasure on the North, South Spruce Street on the East, West Park Street on the South, and South Gum Street on the West.


Tract II

All of Block Eleven (11) of the Original Town of Searcy, Arkansas AND all of the unnumbered Blocks lying West of Spring Park in the City of Searcy, Arkansas, and being a part of the Southwest Quarter (SW1/4) of the Northeast Quarter (NE1/4) of Section Ten (10), Township Seven (7) North, Range Seven (7) West, and being bounded by West Pleasure Street on the North, South Spring Street on the East, West Woodruff Street on the South, and South Spruce Street on the West.

AND

All that part of the closed South Spruce Street lying South of West Pleasure Street and North of West Park Street in the City of Searcy, Arkansas.

Subject to all existing easements and right of ways.