UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| In re: | ) Case No. 4:11-BK-15542 |
| | ) |
| YARNELL ICE CREAM COMPANY, INC., | ) Chapter 7 |
| | ) |
| Debtor. | ) |

**MOTION TO ABANDON AND TURN OVER NON-ESTATE PROPERTY
(PACA TRUST FUNDS) TO PACA TRUST BENEFICIARY**

Interamerican Quality Foods, Inc. (the "PACA Claimant") pursuant to the Order of this Honorable Court entered September 27, 2011 [D.E. #51], respectfully moves for entry of an Order compelling Trustee M. Randy Rice (the "Trustee") to abandon and turn over to the PACA Claimant certain trust assets held in escrow. In support thereof, the PACA Claimant respectfully state as follows:

BACKGROUND

1    On August 29, 2011, Yarnell's Ice Cream Company, Inc. filed a Chapter 7 bankruptcy petition [D.E. #1].

2    On August 29, 2011, Ronald M. Cameron ("RMC") filed a Motion for Relief from the Automatic Stay and for Abandonment of Property or, Alternatively, for Adequate Protection ("Relief from Stay Motion") [D.E. #10].

3    On September 20, 2011, PACA Claimant filed an objection to RMC's Relief from Stay Motion [D.E. #43].

4    On September 27, 2011, this Honorable Court entered an agreed order granting RMC's Relief from Stay Motion (the "Relief from Stay Agreed Order") [D.E. #51].

1

5        The Relief from Stay Agreed Order requires the Trustee to hold $16,500.00 (the "Separate Proceeds") to satisfy PACA Claimant's valid PACA claim.

6        The Relief from Stay Agreed Order requires the PACA Claimant to submit a Motion for Turnover of Funds ("Turnover Motion") before October 27, 2011. The deadline to file an objection to the Turnover Motion would be thirty (30) days after service of the Turnover Motion, and the deadline to file a reply would be fifteen (15) days after service of the objection to the Turnover Motion.

## ARGUMENT

7        To prove the validity of its PACA claim, PACA Claimant submits a PACA proof of claim attached as Exhibit A.

8        There is no evidence to date indicating these specific funds are non-PACA assets or in anyway establish RMC has title to these funds. In fact, the burden to show these specific funds are non-PACA assets is upon RMC, who is the PACA debtor. Six L's Packing v. West Des Moines State Bank, 967 F.2d 256, 258 (8th Cir. 1992) ("[T]he burden is on the PACA debtor . . . to show that the disputed payment is from a non-trust source."); Sanzone-Palmisano Co. v. M. Seaman Enters., 986 F.2d 1010, 1013 (6th Cir. 1993); ("a purchaser, or PACA debtor, has the burden of showing that disputed assets were not acquired with proceeds from the sale of produce or produce-related assets. This holding is consistent with PACA's statutory language, the legislative history, and past court decisions interpreting PACA.").

9.        The Trustee continued retention of the Separate Proceeds, in which the Trustee holds no equitable interest, serves none of the parties any benefit or purpose.

WHEREFORE, the PACA Claimant respectfully requests this Honorable Court enter an Order directing the Trustee abandon and turn over to PACA Claimant $16,023.32, plus any

additional accrued interest, within ten (10) days of entry of an order.

INTERAMERICAN QUALITY FOODS, INC.,

By: /s/ Andrew Clark, Esq.

Andrew Clark, Esq.
Arkansas Bar No. 73018
CLARK, BYARLAY & SPARKS
620 West Third Street, Suite 100
Little Rock, Arkansas 72201
Tel: 501/859-0318
Fax: 501/376-7447

and

John C. Crees, Esq.
(General Admission Forthcoming)
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
Fax: 847/934-6508

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing was served electronically to all parties on the above-captioned matter through the ECF system at the electronic address on file with the Clerk's Office or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, October 25, 2011.

/s/ Andrew Clark, Esq.
Andrew Clark, Esq.
Arkansas Bar No. 73018
CLARK, BYARLAY & SPARKS
620 West Third Street, Suite 100
Little Rock, Arkansas 72201
Phone: 501/859-0318
Fax: 501/376-7447